1  **HERMAN & LEE, LLP**
   Dean B. Herman (SBN 076752)
2  Hee Young Lee (SBN 207295)
   19201 Sonoma Hwy., Suite 413
3  Sonoma, CA  95476
   Tel: (415) 870-7075
4  Fax: (415) 870-7065

5  E-mail:  dean@hermanandlee.com
            heeyoung@hermanandlee.com
6
   Attorneys for Defendant
7  SCOTTSDALE INSURANCE COMPANY

8

9                      **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | HOTCHALK, INC., | ) Case No. |
   | --- | --- |
13 | Plaintiff, | ) San Francisco Superior Court case no. 16-552501 |
   | v. | ) |
14 | | ) |
   | | ) **NOTICE OF REMOVAL OF ACTION** |
15 | SCOTTSDALE INSURANCE COMPANY, | ) **UNDER 28 U.S.C. SECTION 1441(b)** |
   | | ) **(DIVERSITY JURISDICTION)** |
16 | Defendant. | ) |

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2  PLEASE TAKE NOTICE that Defendant SCOTTSDALE INSURANCE COMPANY ("Defendant"), pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby gives notice of its removal of this action from the Superior Court of the State of California, County of San Francisco, to this Court. In support of its Notice of Removal, Scottsdale states as follows:

### THE STATE COURT ACTION

1. On or about June 10, 2016, HotChalk, Inc. ("HotChalk") commenced an action by filing a complaint against Scottsdale in the Superior Court of the State of California, County of San Francisco, bearing Case No. CGC-16- 552501 (the "State Court Action").[1]  A copy of the Complaint and Summons is attached to the declaration of Hee Young Lee ("Lee Decl.") as Exhibit A.

2. Service was effected upon Scottsdale through the Corporation Service Company on or about June 13, 2016.  See Exhibit B to Lee Decl.

### THE PARTIES

3. Plaintiff HotChalk is, and at the time of commencement of this action was, on information and belief, a Delaware corporation with its principal place of business in the state of California.  See Exhibit A to Lee Decl., Complaint in State Court Action, ¶19

4. Scottsdale is, and at the commencement of this action was, an Ohio corporation with its principal place of business in the state of Arizona.  *See* Exhibit E & F to Lee Decl.

### THE NATURE OF THE DISPUTE

5. Scottsdale issued a Business and Management Indemnity Policy No. EKS3115498 (the "Scottsdale Policy") to HotChalk, Inc. for the policy period of November 13, 2013 – November 13, 2014. The Scottsdale Policy, subject to its terms, conditions and exclusions, affords Directors and Officers and Company Coverage (the "D&O Coverage").

6. On or about May 14, 2014, HotChalk provided notice to Scottsdale of purported

---

[1] This action is pending in this judicial district.

1
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)
(DIVERSITY JURISDICTION)

claims consisting of a qui tam complaint filed on May 6, 2014, by former employees of HotChalk asserting HotChalk had violated the False Claims Act (the "Underlying Litigation"). Via correspondence dated June 11, 2014, Scottsdale declined coverage for the Underlying Litigation on the grounds that, inter alia, coverage was excluded by the D&O Coverage's Professional Services Exclusion. Subsequently, HotChalk's employment practices liability insurer agreed to defend the Underlying Litigation.

7. HotChalk filed the State Court Action some two years later. The Complaint in the State Court Action seeks compensatory and consequential damages consisting of certain attorneys' fees allegedly expended by HotChalk in the Underlying Litigation and payments allegedly made by HotChalk in settlement of the Underlying Litigation, as well as costs and attorneys' fees.

**STATUTORY REQUIREMENTS FOR REMOVAL**

8. By this Notice, Scottsdale has removed the State Court Action to this Court, pursuant to 28 U.S.C. §§ 1441(a) and 1446, and asserts that federal subject matter jurisdiction is proper under this Court's diversity jurisdiction. Removal based on federal diversity jurisdiction requires that the amount in controversy exceed $75,000, exclusive of interest and costs, and that the citizenship of the parties be completely diverse. 28 U.S.C. §1332(a)(1).

9. Amount in Controversy. In the State Court Action, HotChalk alleges, inter alia, that it has incurred damages in an amount to be determined at trial, but estimated at more than $1,706.041. Thus, the amount in controversy exceeds $75,000, exclusive of interest or costs. *See* Ex. A to Lee Decl, Complaint in State Court Action ¶¶18 & Prayer for Relief.

10. Diversity of Citizenship. There is complete diversity of citizenship between HotChalk on the one hand and Scottsdale on the other hand and such complete diversity existed at the time the State Court Action was commenced.

11. Timeliness of Removal. This Notice of Removal is filed within thirty days of June 13, 2016, the earliest possible date of service upon the Corporation Service Company, Scottsdale's agent for service of process.

12. Attachment of Documents. Scottsdale has attached all process, pleadings, and

orders filed in the State Court Action, as required by 28 U.S.C. §1446(a). See Lee Decl.

13. Written Notice to Plaintiff. Written notice of the filing of this Notice of Removal will be given promptly by Scottsdale to counsel for HotChalk, as required by 28 U.S.C. §1446(d).  See Ex. D to Lee Decl.

14. Filing Notice in State Court. A copy of this Notice of Removal will be filed promptly by Scottsdale in the Superior Court of the State of California for the County of San Francisco, in accordance with 28 U.S.C. §1446(d).  See Ex. D to Lee Decl.

## VENUE – INTRADISTRICT ASSIGNMENT

15. This action is being removed from the Superior Court of the State of California for the County of San Francisco.  The complaint alleges as the basis for venue that Hotchalk may bring its action in any county because Scottsdale is not a resident of the state of California.  Based on Local Rule 3-2(c) & (e), this action should be assigned to the San Jose Division because a substantial part of the events or alleged omissions which gave rise to this lawsuit occurred.  More specifically, the insurance contract at issue was negotiated and delivered to Hotchalk's principal place of business in Campbell, California.  Therefore, Scottsdale requests that the case be assigned to the San Jose Division.

Dated:  July 8, 2016                                  **HERMAN & LEE, LLP**

By: _____
Dean B. Herman
Hee Young Lee
Attorneys for Defendant Scottsdale Insurance Company

3
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)
(DIVERSITY JURISDICTION)