UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTCHALK, INC.,<br><br>        Plaintiff.<br><br>   v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>        Defendant. | Case No.  16-cv-03883-CW<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(x) Decision by Court.** The Court having granted Defendant's Motion for Judgment on the Pleadings,

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff. All pending motions are terminated and the case is closed.

Dated: 12/13/2016

                                        Susan Y. Soong, Clerk

                                        By:_____
                                            Doug Merry
                                            Deputy Clerk